UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEE HOTTELL,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C04-2271-MJP<br><br><br><br><br>ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including, but not limited to, the following actions: the administrative law judge (ALJ) will explain the weight assigned to the opinions of W.D. Fleet, M.D. (Tr. 130-131, 167, 267-268); the ALJ will further consider Plaintiff's subjective complaints and credibility; the ALJ will further consider Plaintiff's residual functional capacity; the ALJ will redetermine whether Plaintiff can do any past relevant work; as necessary, the ALJ will obtain supplemental vocational expert testimony; and the ALJ will follow

Page 1     ORDER- [C04-2271MJP]

SSR 00-4p with respect to any vocational expert testimony.  The Plaintiff may submit additional evidence and arguments.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this _28th day of _October____ 2005.

_____
Marsha J. Pechman
U.S. District Judge


Recommended for Entry
this  26th  day of  October, 2005:

s/ Mary Alice Theiler
UNITED STATES MAGISTRATE JUDGE


Presented by:

 s/ Daphne Banay
 Daphne Banay
 Special Assistant U.S. Attorney
 Attorney for Defendant
 701 Fifth Ave, Ste 2900, M/S 901
 Phone:  206-615-2113
 Fax:     206-615-2531
 daphne.banay@ssa.gov

Page 2     ORDER- [C04-2271MJP]